334 A.2d 247
**COMMONWEALTH of Pennsylvania**
**v.**
**Joe MILTON, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 20, 1974.

Decided March 18, 1975.

William J. Brady, Jr., Philadelphia, for appellant.

F. Emmett Fitzpatrick, Jr., Dist. Atty., Richard A. Sprague, First Asst. Dist. Atty., David Richman, Chief, Appeals Division, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.